**Order entered December 23, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00433-CV

**LSC TOWERS, LLC AND LOVELL FAMILY LIMITED PARTNERSHIP, Appellants**

**V.**

**LG PRESTON CAMPBELL, LLC, LEON CAPITAL GROUP, LLC, AND LG ACQUISITIONS, LLC, Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07734**

## ORDER

Before the Court is appellees' December 21, 2020 second unopposed motion to extend time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than January 22, 2021.

/s/    KEN MOLBERG
          JUSTICE